**90–1569.** State, ex rel. Superior's Brand Meats, Inc., v. Indus. Comm. *Franklin County,* No. 89AP–935. On request for oral argument. Request denied.

**90–1584.** State, ex rel. Youghiogheny & Ohio Coal Co., v. Zelek. *Franklin County,* No. 89AP–919. On request for oral argument. Request denied.

**90–1588.** Market/Media Research, Inc. v. Cuyahoga Cty. Court of Common Pleas. In Prohibition. On request for oral argument. Request denied.

**90–1941.** State, ex rel. Rear Door Bookstore, v. Tenth Dist. Court of Appeals. In Mandamus. *Sua sponte,* cause merged with 91–995, *State, ex rel. Miller, v. Rear Door Bookstore,* Franklin County, No. 90AP–986. Bond continued at $100,000.

SWEENEY, DOUGLAS and H. BROWN, JJ., would continue bond at $10,000.

**91–95.** State, ex rel. Shaw, v. Lynch. *Lorain County,* No. 90CA004798. On request for oral argument. Request denied.

**91–219.** Aetna Life Ins. Co. v. Hussey. *Lake County,* No. 89–L–14–084. On motion to reconsider denial of stay. Motion denied.

SWEENEY, DOUGLAS and RESNICK, JJ., would grant the motion to reconsider and the motion for stay.

**91–336.** State v. Van Gundy. *Franklin County,* No. 90AP–556. On motion for leave to file *amicus* of Ohio Association of Criminal Defense Lawyers. Motion granted.

HOLMES, J., dissents.

**91–367.** State, ex rel. Margolius, v. Cleveland. In Mandamus. On request for oral argument. Request granted.

HOLMES, J., dissents.

**91–385.** Fisher v. Ohio University. *Franklin County,* No. 90AP–573. On motion for leave to file *amicus* of Adult Support for Incest Survivors of Today. Motion granted.

**91–401.** State, ex rel. LTV Steel Co., v. Gwin. In Prohibition. On motion to dismiss. Motion to dismiss overruled.

DOUGLAS and RESNICK, JJ., dissent.

On request for oral argument. Request denied.

**91–707.** Collingsworth v. Western Elec. Co. *Franklin County,* No. 90AP–816. On motion to consolidate with 91–699, *Collingsworth v. Western Elec. Co.,* Franklin County, No. 90AP–816. Motion granted.

DOUGLAS, J., dissents.

**91–750.** State, ex rel. Ohio Assn. of Pub. School Emp., v. State Emp. Relations Bd. *Franklin County,* No. 89AP–841. On request for oral argument. Request granted.

HOLMES, J., dissents.

WRIGHT, J., not participating.

**91–768.** State, ex rel. General Motors Corp., Fisher Body Div., v. Smith. *Franklin County,* No. 88AP–768. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

HOLMES, J., dissents.

**91–959.** State, ex rel. Coleman, v. Judges of the Court of Appeals for First Appellate Dist. In Mandamus. On motion for peremptory or alternate writ. Motion denied.

SWEENEY and RESNICK, JJ., would dismiss the cause.

DOUGLAS, J., would dismiss the cause on authority of *State v. Bonnell* (1991), 61 Ohio St.3d 179, 573 N.E.2d 1082.

On request for oral argument. Request denied.

On motion to amend complaint. Motion denied.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.